In the Matter of ABRAHAM KALISKY.— Application granted.  Order to

be settled on notice.   Present — Clarke, P. J.,  Laughlin, Dowling, Smith and Page, JJ.